UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN BRIGGS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MIDLAND BANK, INSURANCE BOND, et al., <br><br> Defendants. | Case No. 24-cv-04472-WHO <br><br> **ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE** <br><br> Re: Dkt. No. 22 |

The plaintiff in this case missed the deadline to file an amended complaint.  *See* Dkt. No. 21 (granting defendant's motion to dismiss and giving plaintiff 20 days from September 27, 2024, to file an amended complaint).  The original complaint came nowhere close to asserting a plausible claim against any defendant in this case. *See* Dkt. No. 1.  Accordingly, this matter is hereby DISMISSED WITHOUT PREJUDICE for failure to prosecute, and any hearings scheduled in this matter are VACATED.  *See* Fed. R. Civ. Proc. 41(a)(2).

**IT IS SO ORDERED.**

Dated: October 28, 2024



William H. Orrick
United States District Judge